UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: David Meza vs. Union Pacific Railroad Co.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1367 for the following party(s): (please specify)

Union Pacific Railroad Co.

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Scott P. Moore       s/: Scott P. Moore

Firm Name: Baird Holm, LLP

Business Address: 1700 Farnam Street

City/State/Zip: Omaha, NE 68102

Telephone Number (Area Code): (402) 344-0500

Email Address: spmoore@bairdholm.com

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 02/23/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Laura Baures
James H. Kaster
Lucas Kaster
Caitlin L. Opperman